(W.D.T.X. Ref: 245H)(Rev. 01/05) - Judgement in a Criminal Case for a Petty Offense (Short Form)

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

**FILED**
May 19 2025
Clerk, U.S. District Court
Western District of Texas

By: _____

*Deputy*

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | CASE NUMBER: EP:25-M -02503(1) **RFC** |
| vs. | § | |
| | § | |
| **(1) JAIME BALDEMAR NAJERA-LIMA** | § | |
| Defendant. | | |

## JUDGMENT IN A CRIMINAL CASE
### Short Form

The defendant, Jaime Baldemar Najera-Lima, was represented by counsel,  James Wayne Wolff.

The defendant pled guilty to the complaint on May 19, 2025. Accordingly, the defendant is adjudged guilty of the following offense(s):

| Title & Section | Nature of Offense | Date of Offense |
|---|---|---|
| 50 USC 797 | Prohibits Willful Violation of Defense Property Securtiy Regulation | 05/17/2025 |
| 18 USC 1382 | Entry of Military Property for Any Purpose Prohibited by Law | 05/17/2025 |
| 8 USC 1325(a)(1) | Improper Entry by an Alien | 05/17/2025 |

As pronounced on May 19, 2025, the defendant is hereby committed to the custody of the United States Bureau of Prisons for a term of  **Time Served + (1) One Business Day**. The defendant shall remain in custody pending service of sentence.

The special assessments imposed pursuant to 18 U.S.C. § 3013 is hereby remitted pursuant to 18 U.S.C. § 3573 because of reasonable efforts to collect these assessments are not likely to be effective.

Signed on this the 19th day of May, 2025.


_____
ROBERT F. CASTANEDA
UNITED STATES MAGISTRATE JUDGE